

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/30/2026___

Littler I
900 Th
New Yc

Ivie A. Serioux
Shareholder
212.583.2681 direct
212.583.9600 main
212.320.0465 fax
iserioux@littler.com

January 29, 2026

**VIA ECF**

The Honorable Analisa Torres, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 100074

Re:    *Noorbaloochi v. C3.ai, Inc., et al.*
       Docket No. 1:25-cv-07527

Dear Judge Torres:

This firm represents Defendants C3.ai, Inc., Nikhil Krishnan, and Henrik Ohlsson ("Defendants") in the above-referenced action.

Pursuant to Your Honor's October 2, 2025 Order, the parties are directed to submit a proposed joint letter and a jointly proposed Case Management Plan and Scheduling Order by January 30, 2026 (ECF Dkt. No. 12). Subsequently, on November 24, 2025, Defendants moved to compel arbitration of this matter (ECF Dkt. Nos. 19-21). Defendants' motion is fully submitted awaiting decision. Accordingly, and to preserve judicial economy, Defendants respectfully request that the January 30th deadline to submit a proposed joint letter and a jointly proposed Case Management Plan and Scheduling Order be adjourned sine die pending the Court's decision on Defendants' motion. Plaintiff consents to this request.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Ivie A. Serioux*

Ivie A. Serioux

IAS/sae

GRANTED.

SO ORDERED.

Dated:  January 30, 2026
        New York, New York

ANALISA TORRES
United States District Judge